# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4151

_____

|  |  |  |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Carol Ann Scott, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |
| | * | |

_____

Submitted: April 20, 1999

Filed: May 24, 1999

_____

Before BEAM and HANSEN, Circuit Judges, and KOPF,[1] District Judge.

_____

PER CURIAM.

Carol Ann Scott challenges the constitutionality of both the seizure of evidence from her home and her resulting arrest. After careful review of the record and the parties' briefs in the context of Scott's contentions, we find no error that would require reversal. Because an extensive discussion of Scott's arguments is not warranted, we

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, sitting by designation.

affirm the district court's judgment without a comprehensive opinion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.